**COHN LIFLAND PEARLMAN**
**HERRMANN & KNOPF LLP**
Peter S. Pearlman
Matthew F. Gately
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Tel.: (201) 845-9600
Fax: (201) 845-9423
psp@njlawfirm.com
mfg@njlawfirm.com

*Local Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KPH HEALTHCARE SERVICES, INC. A/K/A KINNEY DRUGS, INC., individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>v.<br><br>AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, AMARIN CORPORATION PLC, BASF AMERICAS CORPORATION, BASF CORPORATION, BASF PHARMA (CALLANISH) LTD, BASF USA HOLDING LLC, CHEMPORT, INC., NISSHIN PHARMA, INC., NOVASEP LLC, NOVASEP, INC., GROUPE NOVASEP SAS, AND FINORGA SAS,<br>          Defendants. | Case No. 3:21-cv-12747 (ZNQ)(LHG)<br><br>**KPH HEALTHCARE SERVICES, INC.'s NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS BASF AMERICAS CORPORATION, BASF CORPORATION, BASF PHARMA (CALLANISH) LTD, BASF USA HOLDING LLC, CHEMPORT INC., NISSHIN PHARMA, INC., NOVASEP, LLC, NOVASEP , INC., GROUPE NOVASEP SAS, FINORGA SAS ONLY, PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

1

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, by and through the undersigned counsel, hereby voluntarily dismiss without prejudice and without costs any claims that may have been asserted against Defendants BASF Americas Corporation, BASF Corporation, BASF Pharma (Callanish) Ltd, BASF USA Holding LLC, Chemport, Inc., Nisshin Pharma, Inc., Novasep, LLC, Novasep, Inc., Groupe Novasep SAS, and Finorga SAS ONLY.

This dismissal does NOT apply to Defendants Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Amarin Corporation which remain as defendants in this ongoing action.

**DATED:** August 12, 2021

So Ordered this 13th day of August, 2021.

  s/ Zahid N. Quraishi
ZAHID N. QURAISHI, U.S.D.J.

Respectfully submitted,

/s/ Peter S. Pearlman
COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP
Peter S. Pearlman
Matthew F. Gately
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Tel.: (201) 845-9600
Fax: (201) 845-9423
psp@njlawfirm.com
mfg@njlawfirm.com

/s/ Dianne M. Nast
Dianne M. Nast
Daniel N. Gallucci
Michele S. Burkholder
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
(215) 923-9300
dnast@nastlaw.com
dgallucci@nastlaw.com
mburkholder@nastlaw.com

Michael L. Roberts
Karen S. Halbert
Stephanie E. Smith
ROBERTS LAW FIRM US, PC
20 Rahling Cir.
Little Rock, AR 72223
(501) 821-5575
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us
stephaniesmith@robertslawfirm.us

Linda P. Nussbaum
Peter Moran
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Fl.
New York, NY 10036
(917) 438-9189
lnussbaum@nussbaumpc.com
pmoran@nussbaumpc.com

*Counsel for KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. and the Proposed Direct Purchaser Class*

3