Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
 (973) 286-6722
clizza@saul.com
wbaton@saul.com

*Attorneys for Defendants*
*Amarin Pharma, Inc., Amarin Pharmaceuticals*
*Ireland Limited, and Amarin Corporation plc*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: VASCEPA ANTITRUST LITIGATION DIRECT PURCHASER PLAINTIFFS | Civil Action No. 21-12747 (ZNQ)(LHG)<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Motion Day:  January 18, 2022<br><br>(Filed Electronically) |

## AMARIN'S NOTICE OF MOTION TO DISMISS

Linda P. Nussbaum
NUSSBAUM LAW GROUP PC
570 Lexington Avenue, 19th Floor
New York, NY 10022
(212) 702-7053
lnussbaum@nussbaumpc.com

Michael L. Roberts
ROBERTS LAW FIRM
20 Rahling Circle
Little Rock, AR 72223

(501) 821-5575
mikeroberts@robertslawfirm.us

Peter S. Pearlman
Matthew F. Gately
COHN, LIFLAND, PEARLMAN,
HERRMANN & KNOPF, LLP
Park 80 West Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
(201) 845-9600
PSP@njlawfirm.com
mfg@njlawfirm.com

Dianne M. Nast
Michelle Burkholder
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
(215) 923-9300
dnast@nastlaw.com
mburkholder@nastlaw.com

*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, Defendants Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Amarin Corporation plc (collectively, "Amarin") shall move before the Honorable Zahid N. Quraishi, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order dismissing Plaintiff's Amended Class Action Complaint (D.I. 17) with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Amarin will rely on (i) Amarin's Brief in Support of its Motion to Dismiss; (ii) Declaration of William C. Baton in support of same; and (iii) all other pleadings and proceedings on file in this case and related Civil Action Nos. 21-10309 and 21-12061.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(e), a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Amarin hereby requests oral argument.

Dated: December 16, 2021      Respectfully submitted,

s/ William C. Baton
Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
 (973) 286-6722
clizza@saul.com
wbaton@saul.com

Timothy C. Hester
Ashley E. Bass
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-6000
thester@cov.com
abass@cov.com

*Attorneys for Defendants
Amarin Pharma, Inc., Amarin
Pharmaceuticals Ireland Limited, and
Amarin Corporation plc*