

**Cohn Lifland**
Pearlman Herrmann & Knopf LLP

Park 80 West-Plaza One
250 Pehle Avenue
Suite 401
Saddle Brook, NJ 07663

(201) 845-9600 Main
(201) 845-9423 Fax

*Attorneys at Law*

njlawfirm.com

Matthew F. Gately, Esq.
mfg@njlawfirm.com
Direct Line: (551) 497-7189

September 6, 2022

Ordered this 7th day of SEPTEMBER, 2022

Hon. Zahid N. Quraishi
**United States District Judge**

VIA ECF
Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   In re: Vascepa Antitrust Litigation Direct Purchaser Plaintiffs
      Case No. 3:21-cv-12747(ZNQ)(LHG)

Dear Judge Quraishi:

The undersigned is interim liaison counsel for the Direct Purchaser Plaintiffs in the above-captioned litigation (the "DPP Action"). As the Court is aware, also pending before the Court are two related matters: (1) In re Vascepa Antitrust Litigation Indirect Purchaser Plaintiffs, No. 21-cv-12061 (the "IPP Action"); and (2) Dr. Reddy's Laboratories, Inc. v. Amarin Pharma, Inc., No. 21-10309 (the "DRL Action"). Pursuant to the Court's August 30, 2021 Order, the Court ordered that the DPP Action would be coordinated with the IPP Action for pretrial purposes. See ECF No. 16. Motions to dismiss have been fully briefed in all three matters. On December 21, 2021, counsel for the IPP Plaintiffs requested that oral argument for all three actions be combined, as these motions all raise overlapping legal and factual issues. After the Court scheduled oral argument in the IPP Action for September 27, 2022 at 11:00 a.m., plaintiff's counsel in the DRL Action requested that the Court permit them to also be heard on their motion to dismiss at that same hearing. The Court granted that request and ordered the parties in the DRL Action and IPP Action to coordinate and submit a proposed schedule with a proposed order and timing for joint oral argument.

The DPP Plaintiffs hereby request that oral argument also be heard as to the dismissal motion in this litigation on September 27, 2022 when oral argument is heard on the two other motions to dismiss, due to the fact that while there is a certain overlap of issues between the three matters, there are certain legal and factual issues that are unique to the DPP Action. Counsel for the DPP Plaintiffs will certainly comply with the Court's order to coordinate with counsel in the



njlawfirm.com

September 6, 2022
Page 2

other actions prior to argument to provide a proposed order and timing for this collective oral argument.

                                               Respectfully submitted,

                                               */s/ Matthew F. Gately*

                                               Matthew F. Gately

cc: All Counsel of Record (via ECF)