UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: VASCEPA ANTITRUST LITIGATION DIRECT PURCHASER PLAINTIFFS** | Civil Action No. 21-12747 (ZNQ) (RLS)<br><br>**ORDER** |

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Motion to Dismiss filed by Defendants Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Amarin Corporation PLC. (ECF No. 30.) The Motion is opposed by Plaintiff KPH Healthcare Services, Inc. For the reasons set forth in the accompanying Opinion,

**IT IS** on this **28th** day of **February 2023**,

**ORDERED** that the Motion to Dismiss (ECF No. 30) is hereby **DENIED**.

                                                        s/ Zahid N. Quraishi
                                                        **ZAHID N. QURAISHI**
                                                        **UNITED STATES DISTRICT JUDGE**