

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

February 18, 2025

**VIA ECF**

The Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

Re:   *Vascepa Antitrust Litigation* Civil Action Nos. 21-10309, 21-12061, 21-12747, 23-1016, 24-4341, 24-7041 (RK)(TJB)

Dear Judge Bongiovanni:

    This firm, together with Covington & Burling LLP, represents Defendants Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Amarin Corporation plc (collectively, "Amarin") in the above-captioned matters. We submit this status report jointly with Plaintiffs in these matters in response to Your Honor's request for an update regarding the scheduling of Amarin depositions. Since the February 7 teleconference with Your Honor, the parties have had productive discussions regarding scheduling the depositions of Amarin's witnesses. The parties are continuing discussions this week in an effort to reach a mutually-agreeable resolution. Accordingly, the parties respectfully request permission to provide an update to the Court on Friday regarding whether any disputes remain after these further discussions that require the Court's assistance to resolve.

    Thank you for Your Honor's kind attention to these matters.

Respectfully yours,

*William C. Baton*

William C. Baton

cc:   All Counsel (via e-mail)

SO ORDERED

**s/Tonianne J. Bongiovanni**
Hon. Tonianne J. Bongiovanni
**United States Magistrate Judge**
Dated: February 19, 2025

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

55125767.1